**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter  **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Renewd Homes, Inc. | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-1888034 | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **5805 Rose Av., #6**<br>**Countryside, IL 60525** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Renewd Homes, Inc.**                                    Case number (*if known*) _____
          Name

---

**7.  Describe debtor's business**         A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor **Thomas S. O'Neill** | | Relationship | **Shareholder of Debtor** |
|---|---|---|---|
| District **N.D. Illinois** | When **6/22/18** | Case number, if known | **18 B 17811** |

---

| Debtor | **Renewd Homes, Inc.** | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

  - ☐ It needs to be physically secured or protected from the weather.

  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

  - ☐ Other _____

  **Where is the property?** _____

  Number, Street, City, State & ZIP Code

  **Is the property insured?**

  - ☐ No
  - ☐ Yes.   Insurance agency _____

    Contact name _____

    Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Renewd Homes, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  5, 2018**
              MM / DD / YYYY

**X** **/s/ Thomas S. O'Neill**                        **Thomas S. O'Neill**
Signature of authorized representative of debtor        Printed name

Title   **President**

---

**18. Signature of attorney**

**X** **/s/ David P. Lloyd**              Date **December  5, 2018**
Signature of attorney for debtor               MM / DD / YYYY

**David P. Lloyd**
Printed name

**David P. Lloyd, Ltd.**
Firm name

**615B S. LaGrange Rd.**
**La Grange, IL 60525**
Number, Street, City, State & ZIP Code

Contact phone   **708-937-1264**      Email address   **info@davidlloydlaw.com**

**6183542 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Renewd Homes, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 5, 2018**     X /s/ Thomas S. O'Neill
                                       Signature of individual signing on behalf of debtor

                                       **Thomas S. O'Neill**
                                       Printed name

                                       **President**
                                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Renewd Homes, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

---

| Part 1: | **Summary of Assets** |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................................................    $    **2,301,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................    $    **3,683.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................    $    **2,304,683.00**

---

| Part 2: | **Summary of Liabilities** |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **2,778,317.81**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $    **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$    **1,938,808.79**

4. **Total liabilities** .................................................................................
   Lines 2 + 3a + 3b

   $    **4,717,126.60**

Fill in this information to identify the case:

Debtor name __**Renewd Homes, Inc.**_____

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
| --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Chase Bank** | **Checking** | | **$3,683.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
| --- | --- |
| | **$3,683.00** |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Renewd Homes, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 5:** | **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:** | **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:** | **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:** | **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **1426 Maple, Western Springs IL** | **Fee simple** | **$0.00** | | **$699,000.00** |
| 55.2. | **10746 S. Talman Av., Chicago IL** | **Fee simple** | **$0.00** | | **$422,000.00** |
| 55.3. | **436 Leitch Av., LaGrange IL** | **Fee simple** | **$0.00** | | **$350,000.00** |

Debtor   **Renewd Homes, Inc.**                    Case number *(If known)* _____

Name

| | | | | | |
|---|---|---|---|---|---|
| 55.4. | **747 Arlington, Riverside IL** | Fee simple | $0.00 | | $500,000.00 |
| 55.5. | **14800 Highland, Orland Park IL** | Fee simple | $0.00 | | $330,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$2,301,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Renewd Homes, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td colspan="4">**Part 12:**    Summary</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,683.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.*......................................................................> | | $2,301,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $3,683.00 | + 91b. $2,301,000.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,304,683.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Renewd Homes, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

| | |
|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A**<br>**Amount of claim**<br><br>Do not deduct the value of collateral.    **Column B**<br>**Value of collateral that supports this claim** |

| 2.1 | **Bill Biros** | Describe debtor's property that is subject to a lien | **$24,128.77** | **$422,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **10746 S. Talman Av., Chicago IL** | | |

**10941 S. Washtenaw
Chicago, IL 60655**

Creditor's mailing address

Describe the lien

**mortgage**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**    ☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**

☐ No    ☐ Contingent

☑ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative
priority.    ☐ Disputed

**1. Finance of America
2. Dave Lautenbach
3. Dave Lewandowski
4. Bill Biros
5. Bob & Pam Persak
6. Bob Persak, Sr.
7. JoAnn Watze
8. Shannon E Bauer
Aronson
9. Laurence Lautenbach**

| 2.2 | **Bob & Pam Persak** | Describe debtor's property that is subject to a lien | $36,166.03 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Open account RE: 10746 S. Talman** | | |

**13574 Cambridge Dr.
Lemont, IL 60439**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known    ☐ Yes

Debtor **Renewd Homes, Inc.**
Name

Case number (if know) _____

---

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | **Bob & Pam Persak** | Describe debtor's property that is subject to a lien | $36,166.03 | $422,000.00 |
|---|---|---|---|---|

Creditor's Name

**13574 Cambridge Dr.**
**Lemont, IL 60439**

Creditor's mailing address

**10746 S. Talman Av., Chicago IL**

**Describe the lien**

**mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 | **Bob Persak Sr.** | Describe debtor's property that is subject to a lien | $24,110.68 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**13574 Cambridge Dr.**
**Lemont, IL 60439**

Creditor's mailing address

**Open account RE: 10746 S. Talman**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 | **Bob Persak, Sr.** | Describe debtor's property that is subject to a lien | $24,110.68 | $422,000.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor **Renewd Homes, Inc.**

Name

Case number (if know)

---

Creditor's Name

**3574 Cambridge Dr.**
**Lemont, IL 60439**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**10746 S. Talman Av., Chicago IL**

**Describe the lien**

**mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Dave Lautenbach** | Describe debtor's property that is subject to a lien | $36,894.25 | $422,000.00 |
|---|---|---|---|---|

Creditor's Name

**10733 White Tail Run**
**Orland Park, IL 60467**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**10746 S. Talman Av., Chicago IL**

**Describe the lien**

**mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Dave Lautenbach** | Describe debtor's property that is subject to a lien | $34,132.60 | $350,000.00 |
|---|---|---|---|---|

Creditor's Name

**10733 White Tail Run**
**Orland Park, IL 60467**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**436 Leitch Av., LaGrange IL**

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 11

Debtor   **Renewd Homes, Inc.**

Name

Case number (if know)

☐ No

☐ Contingent

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

**1. Dave Lautenbach**
**2. Ken Lautenbach II**
**3. Finance of America**
**4. Laurence Lautenbach**

---

| 2.8 | **Dave Lewandowski** | Describe debtor's property that is subject to a lien | $60,321.92 | $422,000.00 |
|---|---|---|---|---|

Creditor's Name

**10746 S. Talman Av., Chicago IL**

**10539 Misty Hill**
**Orland Park, IL 60462**

Creditor's mailing address

**Describe the lien**

**mortgage**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**

☐ No

☐ Contingent

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.1**

---

| 2.9 | **Ellott Aronson** | Describe debtor's property that is subject to a lien | $55,232.88 | $330,000.00 |
|---|---|---|---|---|

Creditor's Name

**14800 Highland, Orland Park IL**

**250 West St.**
**Apt 9E**
**New York, NY 10013**

Creditor's mailing address

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**

☐ No

☐ Contingent

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

**1. Ellott Aronson**
**2. Fund That Flip**
**3. Lautenbach Family Trust**

---

| 2.1 0 | **Finance of America** | Describe debtor's property that is subject to a lien | $145,000.00 | $422,000.00 |
|---|---|---|---|---|

---

| Debtor | **Renewd Homes, Inc.** | | Case number (if know) | |
| | Name | | | |

| Creditor's Name | **10746 S. Talman Av., Chicago IL** |
| --- | --- |

**1011 Warrenville Rd., Ste. 325**
**Lisle, IL 60532**

Creditor's mailing address

**Describe the lien**
**mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Finance of America** | **Describe debtor's property that is subject to a lien** | $399,193.70 | $350,000.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **436 Leitch Av., LaGrange IL** | | |

**1011 Warrenville Rd., Ste. 325**
**Lisle, IL 60532**

Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.7**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Fund That Flip** | **Describe debtor's property that is subject to a lien** | $400,296.86 | $500,000.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **747 Arlington, Riverside IL** | | |

**79 Madison Ave.**
**New York, NY 10016**

Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Renewd Homes, Inc.** | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Fund That Flip**
**2. Sherman Yang**
**3. Jeff Gallichio**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Fund That Flip** | **Describe debtor's property that is subject to a lien** | $197,556.16 | $330,000.00 |
|---|---|---|---|---|

Creditor's Name

**79 Madison Ave.**
**New York, NY 10016**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.9**

**14800 Highland, Orland Park IL**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Fund That Flip, Inc.** | **Describe debtor's property that is subject to a lien** | $590,000.00 | $699,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Gingo Palumbo Law**
**Group LLC**
**4700 Rockside Rd., Suite**
**440**
**Independence, OH 44131**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Ken Lautenbach II**
**2. Fund That Flip, Inc.**
**3. Lautenbach Family Trust**

**1426 Maple, Western Springs IL**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Renewd Homes, Inc. | Case number (if know) | |
|--------|---------------------|------------------------|--|
| | Name | | |

---

**2.1 5**

**Jeff Gallichio**
Creditor's Name

**23313 Sunbrust Point**
**Frankfort, IL 60423**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.12**

Describe debtor's property that is subject to a lien                    **$107,771.21**    **$500,000.00**
**747 Arlington, Riverside IL**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 6**

**JoAnn Watze**
Creditor's Name

**4131 40th Ave, S.**
**Minneapolis, MN 55406**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien                    **$24,086.58**    **$422,000.00**
**10746 S. Talman Av., Chicago IL**

Describe the lien
**mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 7**

**Ken Lautenbach II**
Creditor's Name

**10635 White Tail Run**
**Orland Park, IL 60467**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien                    **$31,526.03**    **$699,000.00**
**1426 Maple, Western Springs IL**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 7 of 11

Debtor   **Renewd Homes, Inc.**
　　　Name

Case number (if know)

Last 4 digits of account number

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.14** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.1 8 | **Ken Lautenbach II**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**436 Leitch Av., LaGrange IL** | $107,101.37 | $350,000.00 |
|---|---|---|---|---|

**10635 White Tail Run**
**Orland Park, IL 60467**
Creditor's mailing address

Describe the lien
**Mortgage**

**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known
☐ Yes

**Is anyone else liable on this claim?**
■ No

Date debt was incurred
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.7** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.1 9 | **Laurence Lautenbach**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**10746 S. Talman Av., Chicago IL** | $51,496.00 | $422,000.00 |
|---|---|---|---|---|

**18411 S. 115th Ave**
**Chicago, IL 60647**
Creditor's mailing address

Describe the lien
**Mortgage**

**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known
☐ Yes

**Is anyone else liable on this claim?**
■ No

Date debt was incurred
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.2 0 | **Laurence Lautenbach** | Describe debtor's property that is subject to a lien | $56,608.22 | $350,000.00 |
|---|---|---|---|---|

---

Official Form 206D　　　Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**　　　page 8 of 11

Debtor  **Renewd Homes, Inc.**

Name

Case number (if know) _____

---

Creditor's Name

**18411 S. 115th Ave**
**Chicago, IL 60647**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** |
| ☐ No |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. |
| **Specified on line 2.7** |

**436 Leitch Av., LaGrange IL**

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Lautenbach Family Trust** | **Describe debtor's property that is subject to a lien** | $114,356.60 | $699,000.00 |

Creditor's Name

**1426 Maple, Western Springs IL**

**18410 S. 115 Ave.**
**Orland Park, IL 60467**

Creditor's mailing address

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** |
| ☐ No |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. |
| **Specified on line 2.14** |

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Lautenbach Family Trust** | **Describe debtor's property that is subject to a lien** | $55,145.21 | $330,000.00 |

Creditor's Name

**14800 Highland, Orland Park IL**

**18410 S. 115th Ave.**
**Orland Park, IL 60467**

Creditor's mailing address

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Debtor    **Renewd Homes, Inc.**
_____    Case number (if know) _____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.9** | ☐ Disputed |

---

| 2.2 3 | **Shannon E Bauer Aronson** | Describe debtor's property that is subject to a lien | $47,968.22 | $422,000.00 |
|---|---|---|---|---|

Creditor's Name

**250 West St. Apt 9E
New York, NY 10013**

**10746 S. Talman Av., Chicago IL**

Creditor's mailing address

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.2 4 | **Sherman Yang** | Describe debtor's property that is subject to a lien | $118,947.81 | $500,000.00 |
|---|---|---|---|---|

Creditor's Name

**4615 Center Blvd.,
Apt 1904
Long Island City, NY 11109**

**747 Arlington, Riverside IL**

Creditor's mailing address

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.12** | ☐ Disputed |

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,778,317.81 |
|---|---|---|

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Debtor | **Renewd Homes, Inc.** | Case number (if know) | |
|--------|------------------------|-----------------------|--|
| | Name | | |

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|-------------------|--------------------------------------------------------------|--------------------------------------------------|
| | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Renewd Homes, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | **$5,494.52** |
| | **Adam Kiwior** | |
| | **11828 Brooke Ct.** | |
| | **Frankfort, IL 60423** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Open account RE: 4412 Gilbert Ave**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address** | **$2,979.42** |
| | **Ainslee Lautenbach** | |
| | **10733 White Tail Run** | |
| | **Orland Park, IL 60467** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Open account RE: 1426 Maple**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address** | **$7,078.23** |
| | **Ainslee Lautenbach** | |
| | **10733 White Tail Run** | |
| | **Orland Park, IL 60467** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Open account RE: 10746 S. Talman**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address** | **$15,934.99** |
| | **America Expresss Head Office** | |
| | **World Financial Center** | |
| | **200 Vesey Street** | |
| | **New York, NY 10285** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **2005**

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Renewd Homes, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23,206.58**

**Bill Biros**
**10941 S. Washtenaw**
**Chicago, IL 60655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Open account RE: 4412 Gilbert Ave

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22,465.21**

**Bob Persak Sr.**
**13755 Golden Oak Dr.**
**Homer Glen, IL 60491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Open account RE: 4412 Gilbert Ave

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$170,506.85**

**Chicago Housing Inc.**
**4615 Center Blvd**
**Apt 1904**
**Long Island City, NY 11109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Open account RE: 4412 Gilbert Ave

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$44,783.56**

**DAS Properties**
**PO Box 9590**
**Naperville, IL 60567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Open account RE: 4412 Gilbert Ave

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$73,462.47**

**DAS Properties**
**PO Box 9590**
**Naperville, IL 60567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Open account RE: Oakwood

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$55,726.03**

**David Lewandowski**
**10539 Misty Hill**
**Orland Park, IL 60462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  0000

Basis for the claim:  Open account RE: 14800 Highland

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,095.66**

**Discover**
**PO Box 15316**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  2308

Basis for the claim:  Open account

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Renewd Homes, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,303.97 |
|---|---|---|
| **Faith Baptist Church**<br>**1280 Armour Rd.**<br>**Bourbonnais, IL 60914** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Open account RE: 10746 S. Talman** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,467.42 |
|---|---|---|
| **Faith Baptist Church**<br>**1280 Armour Rd.**<br>**Bourbonnais, IL 60914** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Open account RE: 10746 S. Talman** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $602,931.32 |
|---|---|---|
| **Fund That Flip, Inc.**<br>**c/o Gingo Palumbo Law Group LLC**<br>**4700 Rockside Rd., Suite 440**<br>**Independence, OH 44131** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Guaranty of business debt** | |
| Last 4 digits of account number **2784** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,234.74 |
|---|---|---|
| **Gary Davidson**<br>**13963 S. Bell Rd**<br>**Homer Glen, IL 60491** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Open account RE: 10746 S. Talman** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,784.30 |
|---|---|---|
| **Home Depot**<br>**Home Depot Credit Services**<br>**PO Box 790328**<br>**Saint Louis, MO 63179** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Open account** | |
| Last 4 digits of account number **2831** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,979.42 |
|---|---|---|
| **Hope Lautenbach**<br>**10733 White Tail Run**<br>**Orland Park, IL 60467** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Open account RE: 1426 Maple** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,078.23 |
|---|---|---|
| **Hope Lautenbach**<br>**10733 White Tail Run**<br>**Orland Park, IL 60467** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Open account RE: 10746 S. Talman** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Renewd Homes, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,486.30 |
|---|---|---|---|

**James P. Mulder**
**13225 Birds Eye Ct.**
**Plainfield, IL 60585**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open account RE: 14800 Highland**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Jeannette Leavitt**
**5730 S. Kenwood Ave.**
**Chicago, IL 60637**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open account RE: Oakwood**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,086.58 |
|---|---|---|---|

**JoAnn Watze & Nancy Lutz**
**4131 40th Ave, S.**
**Minneapolis, MN 55406**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open account RE: 10746 S. Talman**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,682.19 |
|---|---|---|---|

**JoAnn Watze & Nancy Lutz**
**4131 40th Ave, S.**
**Minneapolis, MN 55406**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open account RE: 14800 Highland**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**Jonathan Lautenbach**
**10733 White Tail Run**
**Orland Park, IL 60467**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open account RE: 1426 Maple**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,565.48 |
|---|---|---|---|

**Jonathan Lautenbach**
**10733 White Tail Run**
**Orland Park, IL 60467**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open account 1426 Maple**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,877.52 |
|---|---|---|---|

**Kenneth Lauten III**
**15112 W. 102nd Ave.**
**Dyer, IN 46311**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open account RE: 4412 Gilbert Ave**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Renewd Homes, Inc.** | | Case number (*if known*) | |
| | Name | | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160,563.20** |
|---|---|---|---|
| | **Lautenbach Family Trust** | ☐ Contingent | |
| | **18410 S. 115 Ave.** | ☐ Unliquidated | |
| | **Orland Park, IL 60467** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Open account RE: 4412 Gilbert Ave** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Liangmo Yang** | ☐ Contingent | |
| | **20 Donatello Ct.** | ☐ Unliquidated | |
| | **Monmouth Junction, NJ 08852** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Open account RE: 4412 Gilbert Ave** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Liberty Mutual Insurance** | ■ Contingent | |
| | **c/o The Leviton Law Firm, Ltd.** | ■ Unliquidated | |
| | **3 Golf Center, Ste. 361** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **open account** | |
| | **Last 4 digits of account number  9017** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Linda O'Neill** | ■ Contingent | |
| | **c/o Kulerski Cornelison Law Firm** | ■ Unliquidated | |
| | **1S 660 Midwest Av. #320** | ■ Disputed | |
| | **Oakbrook Terrace, IL 60181** | | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Domestic support** | |
| | **Last 4 digits of account number  2345** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,715.07** |
|---|---|---|---|
| | **Mary Wallace** | ☐ Contingent | |
| | **9401 Sproat Ave** | ☐ Unliquidated | |
| | **Oak Lawn, IL 60453** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Open account RE: 1426 Maple** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,496.00** |
|---|---|---|---|
| | **Meghan Mulvihill** | ☐ Contingent | |
| | **2445 Cherry Lane** | ☐ Unliquidated | |
| | **Northbrook, IL 60062** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Open account RE: 10746 S. Talman** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,481.54** |
|---|---|---|---|
| | **Menards** | ☐ Contingent | |
| | **HSBC Retail Services** | ☐ Unliquidated | |
| | **P.O. Box 17602** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Open account** | |
| | **Last 4 digits of account number  6582** | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

| Debtor | **Renewd Homes, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Paul Stanton**
**157 W. Main St.,**
**Apt 312**
**Whitewater, WI 53190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Open account RE: 747 Arlington

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,979.42** |
|---|---|---|---|

**Pieter Lautenbach**
**10733 White Tail Run**
**Orland Park, IL 60467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Open account RE: 1426 Maple

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,078.23** |
|---|---|---|---|

**Pieter Lautenbach**
**10733 White Tail Run**
**Orland Park, IL 60467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Open account RE: 10746 S. Talman

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$243,000.00** |
|---|---|---|---|

**RealtyShares**
**525 Market St., Ste. 2800**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Open account RE: 4412 Gilbert Ave

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,034.95** |
|---|---|---|---|

**Robert Anglea**
**4742 N. 2250W Rd.**
**Bourbonnais, IL 60914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Open account RE: 10746 S. Talman

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,451.74** |
|---|---|---|---|

**Robert Anglea**
**4742 N. 2250W Rd.**
**Bourbonnais, IL 60914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Open account RE: 14800 Highland

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,978.63** |
|---|---|---|---|

**Sam Marzo**
**13551 Cambridge Dr.**
**Lemont, IL 60439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Open account RE: 4412 Gilbert Ave

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Renewd Homes, Inc.** | | |
|---|---|---|---|
| | Name | | |
| | | Case number *(if known)* | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,442.05** |
|---|---|---|---|

**Sam Marzo**
**13551 Cambridge Dr.**
**Lemont, IL 60439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open account RE: 14800 Highland**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Schilling Lumber**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open account RE: 4412 Gilbert Ave**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Schilling Lumber**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open account 1426 Maple**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Schilling Lumber**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open account RE: 10746 S. Talman**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Schilling Lumber**
**9901 W. 191st St.**
**Mokena, IL 60448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **open account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,224.66** |
|---|---|---|---|

**Scott Netterville**
**C/O Faith Baptist Church**
**1280 Armor Rd.**
**Bourbonnais, IL 60914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open account RE: 1426 Maple**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,206.84** |
|---|---|---|---|

**Stacy O'Neill**
**2925 E. Grange Ave.**
**Cudahy, WI 53110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open account RE: 747 Arlington**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Renewd Homes, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,093.70 |
|---|---|---|---|

**Steve Banaszek**
**14413 Rathfarn Dr.**
**Homer Glen, IL 60491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Open account RE: Oakwood**

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,242.40 |
|---|---|---|---|

**Trevell Lewis, Chi Muni-Lewis**
**c/o Keil M. Larson**
**35 E. Wacker Drive, Ste. 650**
**Chicago, IL 60601**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2896**

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,732.36 |
|---|---|---|---|

**Visa**
**USPS FCU**
**P.O. Box 672051**
**Dallas, TX 75267-2021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **7880**

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,072.35 |
|---|---|---|---|

**Visa**
**USPS FCU**
**P.O. Box 672051**
**Dallas, TX 75267-2021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **6835**

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,304.66 |
|---|---|---|---|

**William McDermott**
**1161 Hickory Creek Dr.**
**New Lenox, IL 60451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Open account RE: 4412 Gilbert Ave**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Wiedner & McAuliffe, Ltd.**<br>**1 N. Franklin St.**<br>**Floor 19**<br>**Chicago, IL 60606** | Line  **3.14**<br><br>☐  Not listed. Explain ____ | **2784** |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 1,938,808.79 |

| Debtor | **Renewd Homes, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.   $ _____ **1,938,808.79**

**Fill in this information to identify the case:**

Debtor name __**Renewd Homes, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
       (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest **Contract for sale of 10726 S. Talman Av., Chicago IL 60655** | |
| State the term remaining | **Daniel Knibbs & Chelsea Rutledge c/o Sheila Yakutis/ReMax Synergy 1507 S. Harlem Av. Orland Park, IL 60462** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name     **Renewd Homes, Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | **Renewd Homes, Inc.** | | **Fund That Flip, Inc.** | ☐ D _____<br>■ E/F ___3.14___<br>☐ G _____ |
| 2.2 | **Renewd Homes, Inc.** | | **Adam Kiwior** | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.3 | **Renewd Homes, Inc.** | | **Ainslee Lautenbach** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.4 | **Renewd Homes, Inc.** | | **Bill Biros** | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |
| 2.5 | **Renewd Homes, Inc.** | | **Bob & Pam Persak** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Renewd Homes, Inc.** | Case number *(if known)* | |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|
| 2.6 | Renewd Homes, Inc. | Bob Persak Sr. | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.7 | Renewd Homes, Inc. | Bob Persak Sr. | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Renewd Homes, Inc. | Chicago Housing Inc. | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.9 | Renewd Homes, Inc. | DAS Properties | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.10 | Renewd Homes, Inc. | DAS Properties | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.11 | Renewd Homes, Inc. | David Lewandowski | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.12 | Renewd Homes, Inc. | Faith Baptist Church | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.13 | Renewd Homes, Inc. | Faith Baptist Church | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |

| Debtor | **Renewd Homes, Inc.** | Case number *(if known)* |
|---|---|---|

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** | | |
|---|---|---|---|

| 2.14 | Renewd Homes, Inc. | Gary Davidson | ☐ D _____<br>■ E/F ___**3.15**___<br>☐ G _____ |
|---|---|---|---|
| 2.15 | Renewd Homes, Inc. | Hope Lautenbach | ☐ D _____<br>■ E/F ___**3.17**___<br>☐ G _____ |
| 2.16 | Renewd Homes, Inc. | Hope Lautenbach | ☐ D _____<br>■ E/F ___**3.18**___<br>☐ G _____ |
| 2.17 | Renewd Homes, Inc. | James P. Mulder | ☐ D _____<br>■ E/F ___**3.19**___<br>☐ G _____ |
| 2.18 | Renewd Homes, Inc. | Jeannette Leavitt | ☐ D _____<br>■ E/F ___**3.20**___<br>☐ G _____ |
| 2.19 | Renewd Homes, Inc. | JoAnn Watze & Nancy Lutz | ☐ D _____<br>■ E/F ___**3.21**___<br>☐ G _____ |
| 2.20 | Renewd Homes, Inc. | JoAnn Watze & Nancy Lutz | ☐ D _____<br>■ E/F ___**3.22**___<br>☐ G _____ |
| 2.21 | Renewd Homes, Inc. | Jonathan Lautenbach | ☐ D _____<br>■ E/F ___**3.23**___<br>☐ G _____ |

| Debtor | Renewd Homes, Inc. | Case number *(if known)* | |
|---|---|---|---|

**■ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.22 | Renewd Homes, Inc. | Jonathan Lautenbach | ☐ D _____<br>■ E/F __3.24__<br>☐ G _____ |
| 2.23 | Renewd Homes, Inc. | Kenneth Lauten III | ☐ D _____<br>■ E/F __3.25__<br>☐ G _____ |
| 2.24 | Renewd Homes, Inc. | Lautenbach Family Trust | ☐ D _____<br>■ E/F __3.26__<br>☐ G _____ |
| 2.25 | Renewd Homes, Inc. | Liangmo Yang | ☐ D _____<br>■ E/F __3.27__<br>☐ G _____ |
| 2.26 | Renewd Homes, Inc. | Mary Wallace | ☐ D _____<br>■ E/F __3.30__<br>☐ G _____ |
| 2.27 | Renewd Homes, Inc. | Meghan Mulvihill | ☐ D _____<br>■ E/F __3.31__<br>☐ G _____ |
| 2.28 | Renewd Homes, Inc. | Paul Stanton | ☐ D _____<br>■ E/F __3.33__<br>☐ G _____ |
| 2.29 | Renewd Homes, Inc. | Pieter Lautenbach | ☐ D _____<br>■ E/F __3.34__<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Best Case Bankruptcy

| Debtor | **Renewd Homes, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | Renewd Homes, Inc. | Pieter Lautenbach | ☐ D _____<br>■ E/F __3.35__<br>☐ G _____ |
| 2.31 | Renewd Homes, Inc. | RealtyShares | ☐ D _____<br>■ E/F __3.36__<br>☐ G _____ |
| 2.32 | Renewd Homes, Inc. | Robert Anglea | ☐ D _____<br>■ E/F __3.37__<br>☐ G _____ |
| 2.33 | Renewd Homes, Inc. | Robert Anglea | ☐ D _____<br>■ E/F __3.38__<br>☐ G _____ |
| 2.34 | Renewd Homes, Inc. | Sam Marzo | ☐ D _____<br>■ E/F __3.39__<br>☐ G _____ |
| 2.35 | Renewd Homes, Inc. | Sam Marzo | ☐ D _____<br>■ E/F __3.40__<br>☐ G _____ |
| 2.36 | Renewd Homes, Inc. | Schilling Lumber | ☐ D _____<br>■ E/F __3.41__<br>☐ G _____ |
| 2.37 | Renewd Homes, Inc. | Schilling Lumber | ☐ D _____<br>■ E/F __3.42__<br>☐ G _____ |

| Debtor | **Renewd Homes, Inc.** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.38 | Renewd Homes, Inc. | Schilling Lumber | ☐ D _____<br>■ E/F __3.43__<br>☐ G _____ |
| 2.39 | Renewd Homes, Inc. | Scott Netterville | ☐ D _____<br>■ E/F __3.45__<br>☐ G _____ |
| 2.40 | Renewd Homes, Inc. | Stacy O'Neill | ☐ D _____<br>■ E/F __3.46__<br>☐ G _____ |
| 2.41 | Renewd Homes, Inc. | Steve Banaszek | ☐ D _____<br>■ E/F __3.47__<br>☐ G _____ |
| 2.42 | Renewd Homes, Inc. | Trevell Lewis, Chi Muni-Lewis | ☐ D _____<br>■ E/F __3.48__<br>☐ G _____ |
| 2.43 | Renewd Homes, Inc. | William McDermott | ☐ D _____<br>■ E/F __3.51__<br>☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name     **Renewd Homes, Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number (if known)     _____

☐ Check if this is an
amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ☐ Operating a business<br>**Amount is undetermined and**<br>■ Other **debtor is researching** | **$1.00** |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>**Amount is undetermined and**<br>■ Other **debtor is researching** | **$1.00** |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>**Amount is undetermined and**<br>■ Other **debtor is researching** | **$1.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Renewd Homes, Inc.** | | Case number *(if known)* | |

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Thomas O'Neill**<br><br>**Owner & President** | **1/18-12/18** | **Unknown** | **Debtor paid expenses of its owner, Thomas O'Neill, and Thomas O'Neill paid expenses of the Debtor. These amounts have not been computed.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Fund That Flip, Inc. vs Renewd Homes**<br>**18 CF 02784** | **Contract** | **U.S. District Court N.D. Illinois** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Trevell Lewis, Chii Muni-Lewis, Wellington Wilson**<br>**vs. Renewd Homes**<br>**17 L 012896** | **Contract** | **Circuit Court of Cook County**<br>**Richard J. Daley Center**<br>**50 W. Washington St.**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed official within 1 year before filing this case.

Debtor    **Renewd Homes, Inc.**                                  Case number *(if known)*

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|---------------------------------------------|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

---

| Part 5: | Certain Losses |
|---------|----------------|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|-----------------------------------------------------------|------------------------------------------|---------------|------------------------|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|------------------------------------------------------|-------------------------------------------------|-------|-----------------------|
| 11.1. | **David P. Lloyd, Ltd.**<br>**615B S. LaGrange Rd.**<br>**La Grange, IL 60525** | **Attorney Fees of $2,000 & Costs of $335** | **11/30/18** | **$2,335.00** |
| | **Email or website address**<br>**info@davidlloydlaw.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Thomas O'Neill** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------------------------|-----------------------------------|---------------------------|-----------------------|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

---

12/05/18  2:48PM

Debtor    **Renewd Homes, Inc.**                                    Case number *(if known)* _____

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Bona Fide Purchaser** | **4412 Gilbert, Western Springs IL** | **8/17/18** | **$695,000.00** |
| | **Relationship to debtor** | | | |
| 13.2. | **Bona Fide Purchaser** | 18113 Oakwood, Lansing IL | 3/27/18 | $162,000.00 |
| | **Relationship to debtor** | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **Renewd Homes, Inc.** _____    Case number _(if known)_ _____

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
_Environmental law_ means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

_Site_ means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

_Hazardous material_ means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **Renewd Homes, Inc.** _____    Case number _(if known)_ _____

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **George S. Smith, Inc.**<br>**11508 W. 183rd Place**<br>**Orland Park, IL 60467** | **2010-2018** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Debtor    **Renewd Homes, Inc.**

Case number *(if known)*

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Thomas O'Neill** | | **President** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  5, 2018**

**/s/ Thomas S. O'Neill**                                                **Thomas S. O'Neill**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Renewd Homes, Inc.** _____   Case No. _____

Debtor(s)   Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,000.00** |
| Prior to the filing of this statement I have received | $ | **2,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

☑ Debtor   ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☑ Debtor   ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
   **All services required by local Rule.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor(s) in any adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December  5, 2018** _____   **/s/ David P. Lloyd**
_Date_   **David P. Lloyd**
   _Signature of Attorney_
   **David P. Lloyd, Ltd.**
   **615B S. LaGrange Rd.**
   **La Grange, IL 60525**
   **708-937-1264  Fax: 708-937-1265**
   **info@davidlloydlaw.com**
   _Name of law firm_

---

# David P. Lloyd

**Attorney at Law**
**615B S. LaGrange Rd., LaGrange IL 60525**
**(708) 937-1264 • Fax: 708-937-1265**
**info@davidlloydlaw.com • www.davidlloydlaw.com**

# CHAPTER 7 ENGAGEMENT AGREEMENT

OUR CLIENT(S): _____ Renewd Homes Inc. _____

    The United States Bankruptcy Code requires that we give you a written contract that explains clearly and conspicuously the services we will provide to you, the fees and charges for our services, and the terms of payment. We agree that knowing in advance what we will do for you, what we ask that you do, and how we will handle our fees and costs is a good practice. We thank you again for selecting us to represent you.

    We have agreed to represent you in filing a Chapter 7 bankruptcy case. We agree to perform legal services for you and charge you for such services based on the time necessary to complete the matters you have asked us to handle. Our legal fees are as follows: We will charge $ ___1,500.00___ to handle your Chapter 7 case, including the services noted below. In addition, we will collect and pay, on your account $ _335.00_ for the court filing fee. For any other matters, we charge $400/hour for the time we spend on your case. We may also charge you for expenses we incur in handling your case. Such charges may include, but may not be limited to, the following: (1) court filing fees; (2) the actual cost of photocopies and/or postage for volume mailings; (3) the actual cost of overnight, messenger, or other delivery services; (4) long distance charges; and (5) the actual cost of court reporters and transcripts. We do not charge for routine mailings or faxes.

    The services we will provide include our initial interview; any additional meetings we need to have in order to get all the information we need to file your case; preparation of the petition, schedules and other required documents; ordering a credit report, valuations, or copies of documents if necessary; and any correspondence with creditors or others as needed to get the required information. After we file your case, there will be a number of other services we provide. These include corresponding with you about your case; answering your questions; corresponding with creditors as necessary; attending the meeting of creditors with you; corresponding with the Chapter 7 trustee as necessary; researching your financial situation; and advising you regarding any legal issues that arise in your Chapter 7 case.

    The matters that occur in bankruptcy court that are NOT covered by the stated fee include adversary proceedings, which are separate law suits that are filed in conjunction with the bankruptcy case. These are separate proceedings and we would need to discuss additional fees and come to a new fee agreement to represent you. Also, in some bankruptcy cases, a trustee, creditor, or government agency may seek additional information and documentation from you; they may also seek to take your deposition. If a party files a motion to obtain a large volume of documents from you, or take your deposition, we would need to discuss additional fees and come to a new fee agreement to represent you.

    This agreement does not include representation in courts other than the Bankruptcy Court, including any state court proceeding and the appeal of any matter. If other matters arise in your case that will require additional services, we will make every reasonable attempt to discuss them with you before we perform additional services

that will involve additional fees or expenses. However, in emergency situations we may be forced to take additional actions to protect your rights without first conferring with you; in such a case we will notify you as soon as possible of the action we have taken and the charge, if any.

Note on coverage by attorneys not employed by our firm: Sometimes, due to scheduling conflicts, we will ask an attorney who is not affiliated with our firm to attend a meeting or a routine court hearing on your behalf. These attorneys are known as "coverage attorneys" and attend numerous meetings and hearings for law firms like ours. They are experienced bankruptcy lawyers. If we have a coverage attorney attend a meeting or hearing for you, we will make every effort to notify you, well in advance, so that you are not taken by surprise. If you don't want a coverage attorney to attend a meeting with you, we'll do everything we can to get the meeting rescheduled so that one of our attorneys goes to the meeting. We generally pay a fee of $50-$100 for each appearance; this fee comes out of our pocket and does not change the fee that you pay for your case.

This agreement is between David P. Lloyd, Ltd., and Renewd Homes, Inc. By signing this agreement, you represent that you have full authority to bind Renewd Homes, Inc., to this agreement.

You understand that we will not be able to provide adequate legal representation if you fail to fully cooperate with us, fail to provide us with complete and accurate information, or fail to fulfill your obligations. You further understand that your failure to provide information, cooperate or fulfill your obligations may result in our having to terminate our relationship with you.

Either party may terminate this agreement with or without cause at any time upon giving written notice to the other party (although the Rules of Professional Conduct may limit my ability to discontinue representing you). The termination of this agreement will not affect your obligation to pay for the legal services we have rendered. We agree, in the event this agreement is terminated, to return to you all files in our possession provided you have paid all outstanding legal fees and expenses.

This agreement contains our full and complete understanding with respect to the subject matter hereof. This agreement supersedes all prior representations and understandings, whether written or oral.

If you agree to all the above terms, please date and sign this Agreement in the space below and return a copy, with payment of the advance. Keep a copy of this agreement for your file.

Accepted and agreed this __8__ day of ___November___, 2018:

Renewd Homes, Inc.

By:_____

Accepted and agreed this __8__ day of ___November___, 2018:

_____
ATTORNEY

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Renewd Homes, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   **56**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **December 5, 2018**

**/s/ Thomas S. O'Neill**

**Thomas S. O'Neill/President**
Signer/Title

Adam Kiwior
11828 Brooke Ct.
Frankfort, IL 60423


Ainslee Lautenbach
10733 White Tail Run
Orland Park, IL 60467


America Expresss Head Office
World Financial Center
200 Vesey Street
New York, NY 10285


Bill Biros
10941 S. Washtenaw
Chicago, IL 60655


Bob & Pam Persak
13574 Cambridge Dr.
Lemont, IL 60439


Bob Persak Sr.
13755 Golden Oak Dr.
Homer Glen, IL 60491


Bob Persak Sr.
13574 Cambridge Dr.
Lemont, IL 60439


Bob Persak, Sr.
3574 Cambridge Dr.
Lemont, IL 60439


Chicago Housing Inc.
4615 Center Blvd
Apt 1904
Long Island City, NY 11109


Daniel Knibbs & Chelsea Rutledge
c/o Sheila Yakutis/ReMax Synergy
1507 S. Harlem Av.
Orland Park, IL 60462

```
DAS Properties
PO Box 9590
Naperville, IL 60567


Dave Lautenbach
10733 White Tail Run
Orland Park, IL 60467


Dave Lewandowski
10539 Misty Hill
Orland Park, IL 60462


David Lewandowski
10539 Misty Hill
Orland Park, IL 60462


Discover
PO Box 15316
Wilmington, DE 19850


Ellott Aronson
250 West St.
Apt 9E
New York, NY 10013


Faith Baptist Church
1280 Armour Rd.
Bourbonnais, IL 60914


Finance of America
1011 Warrenville Rd., Ste. 325
Lisle, IL 60532


Fund That Flip
79 Madison Ave.
New York, NY 10016


Fund That Flip, Inc.
c/o Gingo Palumbo Law Group LLC
4700 Rockside Rd., Suite 440
Independence, OH 44131


Gary Davidson
13963 S. Bell Rd
Homer Glen, IL 60491
```

Home Depot
Home Depot Credit Services
PO Box 790328
Saint Louis, MO 63179


Hope Lautenbach
10733 White Tail Run
Orland Park, IL 60467


James P. Mulder
13225 Birds Eye Ct.
Plainfield, IL 60585


Jeannette Leavitt
5730 S. Kenwood Ave.
Chicago, IL 60637


Jeff Gallichio
23313 Sunbrust Point
Frankfort, IL 60423


JoAnn Watze
4131 40th Ave, S.
Minneapolis, MN 55406


JoAnn Watze & Nancy Lutz
4131 40th Ave, S.
Minneapolis, MN 55406


Jonathan Lautenbach
10733 White Tail Run
Orland Park, IL 60467


Ken Lautenbach II
10635 White Tail Run
Orland Park, IL 60467


Kenneth Lauten III
15112 W. 102nd Ave.
Dyer, IN 46311


Laurence Lautenbach
18411 S. 115th Ave
Chicago, IL 60647

Lautenbach Family Trust
18410 S. 115 Ave.
Orland Park, IL 60467


Lautenbach Family Trust
18410 S. 115th Ave.
Orland Park, IL 60467


Liangmo Yang
20 Donatello Ct.
Monmouth Junction, NJ 08852


Liberty Mutual Insurance
c/o The Leviton Law Firm, Ltd.
3 Golf Center, Ste. 361


Linda O'Neill
c/o Kulerski Cornelison Law Firm
1S 660 Midwest Av. #320
Oakbrook Terrace, IL 60181


Mary Wallace
9401 Sproat Ave
Oak Lawn, IL 60453


Meghan Mulvihill
2445 Cherry Lane
Northbrook, IL 60062


Menards
HSBC Retail Services
P.O. Box 17602


Paul Stanton
157 W. Main St.,
Apt 312
Whitewater, WI 53190


Pieter Lautenbach
10733 White Tail Run
Orland Park, IL 60467


RealtyShares
525 Market St., Ste. 2800
San Francisco, CA 94105

Robert Anglea
4742 N. 2250W Rd.
Bourbonnais, IL 60914


Sam Marzo
13551 Cambridge Dr.
Lemont, IL 60439


Schilling Lumber



Schilling Lumber
9901 W. 191st St.
Mokena, IL 60448


Scott Netterville
C/O Faith Baptist Church
1280 Armor Rd.
Bourbonnais, IL 60914


Shannon E Bauer Aronson
250 West St. Apt 9E
New York, NY 10013


Sherman Yang
4615 Center Blvd.,
Apt 1904
Long Island City, NY 11109


Stacy O'Neill
2925 E. Grange Ave.
Cudahy, WI 53110


Steve Banaszek
14413 Rathfarn Dr.
Homer Glen, IL 60491


Trevell Lewis, Chi Muni-Lewis
c/o Keil M. Larson
35 E. Wacker Drive, Ste. 650
Chicago, IL 60601

Visa
USPS FCU
P.O. Box 672051
Dallas, TX 75267-2021


Wiedner & McAuliffe, Ltd.
1 N. Franklin St.
Floor 19
Chicago, IL 60606


William McDermott
1161 Hickory Creek Dr.
New Lenox, IL 60451

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Renewd Homes, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Renewd Homes, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December  5, 2018**

Date

**/s/ David P. Lloyd**

**David P. Lloyd**

Signature of Attorney or Litigant

Counsel for   **Renewd Homes, Inc.**

**David P. Lloyd, Ltd.**

**615B S. LaGrange Rd.**
**La Grange, IL 60525**
**708-937-1264 Fax:708-937-1265**
**info@davidlloydlaw.com**